# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

CHAPTER 13 PLAN                                                                                    MH
(INDIVIDUAL ADJUSTMENT OF DEBTS)

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF THE PLAN

DEBTOR: Fredrick Louis Hurt            SS# xxx-xx-8685
                                                    SS#

ADDRESS: 5486 Hudgins, Memphis, TN  38116

PLAN PAYMENT: Debtor to pay $ 276.00  Weekly  Every Two Weeks  Semi-monthly  Monthly

PAYROLL DEDUCTION: Phelp's Security            OR ( ) DIRECT PAY
4932 Park Ave.                BECAUSE:
Memphis, TN 38117            FIRST PAYMENT:

ADMINISTRATIVE: Pay filing fee, trustee's fee, and debtor's attorney fee, pursuant to Court Order.
AUTO INSURANCE: ( )Not included in Plan  ( ) Included in Plan

|  |  | PAYMENT |
|---|---|---|
| CHILD SUPPORT: | Future Support through Plan to |  |
|  | Child Support Arrearage to |  |
| PRIORITY CREDITORS: |  |  |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).
ongoing payment begins
Approximate arrearage         Interest
ongoing payment begins
Approximate arrearage         Interest

ADEQUATE PROTECTION PAYMENTS SHALL BE ¼ (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT

| SECURED CREDITORS: (retain Lien 11 U.S.C. § 1325(a)(5)) | VALUE OF COLLATERAL | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|
| Credit Acceptance (2002 Cadillac) (surrender interest) (cosigner pays) | - | - | - |
| Citi Mortgage | $ 28,176.00 | 3.25% | $ 522.00 |

Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as unsecured debts.  UNSECURED CREDITORS:  Pay  70 % of these claims after above claims are paid;
ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT:                                     ;
TERMINATION:  Plan shall terminate upon payment of the above, approximately  60  months.